UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:

_____
                                            :
UNITED STATES,                              :
                                            :
                        Plaintiff,          :    Court No. 11-00352
            v.                              :
                                            :
AFTAHOUR, INC., AND                         :
LINCOLN GENERAL INSURANCE CO.,              :
                                            :
                        Defendants.         :
_____ :

# COMPLAINT

Pursuant to the Rules of this Court, the United States, plaintiff, alleges as follows:

1. This action is brought by the United States of America, on behalf of the Department of Homeland Security, U.S. Customs and Border Protection ("CBP" or "Customs"), to recover unpaid duties and pre- and post-judgment interest as provided by law.

2. The Court has jurisdiction over this matter under 28 U.S.C. § 1582(2) and (3).

3. Upon information and belief, defendant Aftahour, Inc. ("Aftahour") is currently located at 326 S Western Avenue, Suite F, Los Angeles, California 90020.

4. Upon information and belief, defendant Lincoln General Insurance Co. ("Lincoln") is currently located at 3501 Concord Road, York, Pennsylvania 17402. However, its office for surety bonds is located at 150 Northwest Point Boulevard, 4th Floor, Elk Grove Village, Illinois 60007.

5. Pursuant to 19 C.F.R. Part 113, Lincoln entered into twenty-two single transaction bonds with Aftahour, covering each of the twenty-two entries for the following amounts (entries and single transaction bonds attached as Collective Exhibit A):

| Entry Number | Single Transaction Bond Amount |
| --- | --- |
| FS2-1034148-3 | $137,733.00 |
| FS2-1034147-5 | $137,733.00 |
| FS2-1034146-7 | $138,000.00 |
| FS2-1034145-9 | $138,000.00 |
| FS2-1034144-2 | $138,000.00 |
| FS2-1033438-9 | $137,733.00 |
| FS2-1033439-7 | $137,733.00 |
| FS2-1033442-1 | $137,733.00 |
| FS2-1033441-3 | $137,733.00 |
| FS2-1033440-5 | $137,733.00 |
| FS2-1033437-1 | $112,486.00 |
| FS2-1033436-3 | $112,486.00 |
| FS2-1033435-5 | $112,486.00 |
| FS2-1033643-4 | $65,828.00 |
| FS2-1033642-6 | $138,000.00 |
| FS2-1033820-8 | $112,486.00 |
| FS2-1033637-6 | $112,486.00 |
| FS2-1033636-8 | $113,000.00 |
| FS2-1033638-4 | $137,733.00 |
| FS2-1033641-8 | $137,733.00 |
| FS2-1033640-0 | $137,733.00 |
| FS2-1033639-2 | $137,733.00 |

6. Under the terms of these single transaction bonds, Lincoln and Aftahour jointly and severally promised to pay an amount totaling $2,808,321.00.

7. Pursuant to 19 C.F.R. Part 113, on March 25, 2003, Defendant Lincoln entered into a continuous bond (bond no. 270315312) with Defendant Aftahour, effective April 2, 2003. A copy of the bond is attached as Exhibit B.

8. Under the terms of the continuous bond, Lincoln and Aftahour jointly and severally promised to pay the United States an amount totaling $95,000 per bond period.

9. Bond no. 270315312 was terminated on April 1, 2004.

10. The entries enumerated in paragraph 5, above, were subject to the Department of Commerce ("Commerce") Antidumping Duty Order A-570-863, *Notice of Amended Final Determination of Sales at Less Than Fair Value and Antidumping Duty Order; Honey from the People's Republic of China.* 66 Fed. Reg. 63670 (December 10, 2001).

11. On July 6, 2005, Commerce published its final review results for the period of December 1, 2002 through November 30, 2003.

12. On July 22, 2005, Commerce issued liquidation instructions, directing Customs to liquidate entries of honey entered during the review period at the rate of 183.80% if exported by Sichuan-Dujiangyan Dubao Bee Industrial Co., Ltd., among other exporters. Administrative Message 5203204.

13. The entries at issue were timely liquidated with antidumping duties in the total amount of $2,806,727.12, as follows:

| Entry Number | Entry Date | Liquidation Date | Liquidation Amount |
| --- | --- | --- | --- |
| FS2-1034148-3 | 5/6/03 | 9/9/05 | $137,732.37 |
| FS2-1034147-5 | 5/6/03 | 9/9/05 | $137,732.37 |
| FS2-1034146-7 | 5/6/03 | 9/9/05 | $137,732.37 |
| FS2-1034145-9 | 5/6/03 | 9/9/05 | $137,732.37 |
| FS2-1034144-2 | 5/5/03 | 9/9/05 | $137,732.37 |
| FS2-1033438-9 | 4/21/03 | 9/16/05 | $137,732.37 |
| FS2-1033439-7 | 4/21/03 | 9/16/05 | $137,732.37 |
| FS2-1033442-1 | 4/21/03 | 9/16/05 | $137,732.37 |
| FS2-1033441-3 | 4/21/03 | 9/16/05 | $137,732.37 |
| FS2-1033440-5 | 4/23/03 | 9/16/05 | $137,732.37 |
| FS2-1033437-1 | 4/21/03 | 9/16/05 | $112,485.60 |
| FS2-1033436-3 | 4/21/03 | 9/16/05 | $112,485.60 |
| FS2-1033435-5 | 4/21/03 | 9/16/05 | $112,485.60 |
| FS2-1033643-4 | 4/28/03 | 9/16/05 | $65,827.97 |
| FS2-1033642-6 | 4/30/03 | 9/16/05 | $137,732.37 |
| FS2-1033820-8 | 4/30/03 | 9/16/05 | $112,485.60 |
| FS2-1033637-6 | 4/30/03 | 9/16/05 | $112,485.60 |

| | | | |
|---|---|---|---|
| FS2-1033636-8 | 4/30/03 | 9/16/05 | $112,485.60 |
| FS2-1033638-4 | 4/30/03 | 9/16/05 | $137,732.37 |
| FS2-1033641-8 | 4/30/03 | 9/16/05 | $137,732.37 |
| FS2-1033640-0 | 4/30/03 | 9/16/05 | $137,732.37 |
| FS2-1033639-2 | 4/30/03 | 9/16/05 | $137,732.37 |

14. In a letter dated January 10, 2006, CBP notified Aftahour of twenty-two delinquent bills, totaling $2,858,320.13 in duties and interest, owed by Aftahour. A copy of that letter is attached as Exhibit C.

15. On March 1, 2006, Lincoln filed Protest No. 2704-06-100400 against the formal demand on the surety, issued on December 1, 2005, for payment of duties and interest. CBP denied the protest on March 31, 2006.

16. On April 17, 2006, CBP sent a demand letter to Lincoln seeking total payment of $2,920,722.67 for unpaid duties and interest in connection with these twenty-two entries. A copy of that letter is attached as Exhibit D.

17. On November 28, 2006, the CBP Office of Assistant Chief Counsel, Indianapolis, sent a letter to Lincoln demanding payment of unpaid duties and interest in connection with these twenty-two entries. A copy of that letter is attached as Exhibit E.

18. In a letter dated August 13, 2007, Lincoln, through its counsel, denied liability under its bonds on the ground that it was awaiting the Court's determination on the cases of *Hartford Fire Insurance Company v. United States*, Court Nos. 06-00451 and 06-00453, involving the question of whether the Continued Dumping and Offset Act affected sureties' liabilities under its bonds. A copy of that letter is attached as Exhibit F.

19. In a letter dated June 27, 2011, the CBP Office of Assistant Chief Counsel, International

Trade Litigation, again notified Aftahour of the twenty-two delinquent bills owed by Aftahour totaling $3,904,856.49 for duties and accrued interest (as of June 9, 2011). A copy of that letter is attached as Exhibit G.

20. CBP has received no payment of duties or interest owed in connection with these twenty-two entries from the importer, Aftahour.

21. To date, Lincoln has not made any payments pursuant to its obligations under the single transaction bonds attached as Collective Exhibit A.

22. To date, Lincoln has not made any payments pursuant to its obligation under continuous bond no. 270315312 (attached as Exhibit B) for the bond coverage period commencing on April 2, 2003 and ending with the termination of the bond on April 1, 2004, with respect to duties and accrued interest in connection these twenty-two entries.

23. Aftahour, as importer, is required to pay the antidumping duties assessed by the United States pursuant to 19 U.S.C. § 1673.

24. The total amount of unpaid duties that Aftahour is liable for is $2,806,727.12. Aftahour is also liable for pre- and post-judgment interest. As of June 28, 2011, Aftahour's liability for unpaid duties and interest was a total of $3,917,714.71.

25. Lincoln is jointly and severally liable to the United States up to the amount set forth in its bonds. The total face value of both the continuous bond and the 22 single transaction bonds is $2,903,321.00. Lincoln General is also liable for pre- and post-judgment interest, including but not limited to interest pursuant to 19 U.S.C. § 580.

WHEREFORE, plaintiff respectfully requests that judgment be entered in favor of the United States against defendants Aftahour and Lincoln, in the amount of $3,917,714.71 (as of June 28, 2011) in unpaid duties and interest, plus pre and post-judgment interest (including but not limited to interest pursuant to 19 U.S.C. § 580, to include where appropriate interest in excess of the bond amount), costs, and such other and further relief as this Court deems just and proper.

Respectfully submitted,

TONY WEST
Assistant Attorney General

By:    /s/ Barbara S. Williams
BARBARA S. WILLIAMS
Attorney-in-Charge
International Trade Field Office

/s/ Justin R. Miller
JUSTIN R. MILLER
Trial Attorney
Civil Division, Dept. of Justice
Commercial Litigation Branch
26 Federal Plaza
New York, New York 10278
Tel. (212) 264-9241
Attorneys for Plaintiff

Dated: September 8, 2011