UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>LINCOLN GENERAL INSURANCE COMPANY (IN LIQUIDATION),<br><br>               Defendant. | Court Nos. 11-00352, 11-00367, 13-00084, 13-00085, 13-00086, 13-00087, 13-00088, 13-00089, 13-00090, 13-00091, and 13-00092 |

**ORDER**

Upon reading plaintiff's consent motion to dismiss actions; and upon consideration of other papers and proceedings had herein; it is hereby

ORDERED that plaintiff's motion be, and hereby is, granted; and it is further

ORDERED that the above-captioned actions are dismissed.

 

_____
TIMOTHY C. STANCEU, *JUDGE*

Dated: New York, New York
This      day of           2023.

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>LINCOLN GENERAL INSURANCE COMPANY (IN LIQUIDATION),<br><br>               Defendant. | Court Nos. 11-00352, 11-00367, 13-00084, 13-00085, 13-00086, 13-00087, 13-00088, 13-00089, 13-00090, 13-00091, and 13-00092 |

## CONSENT MOTION TO DISMISS ACTIONS

Plaintiff United States (the Government) respectfully requests that the Court issue an order dismissing the above-referenced actions.

As reflected in the parties' Joint Status Report filed on September 30, 2022, after extensive discussions, the parties reached an understanding regarding priority classification that enabled the Liquidator to request that the Commonwealth Court of Pennsylvania approve the United States' claim, along with the claims of others, as undisputed and resolved. The Liquidator's Final Accounting and Proposal for Final Distribution, including the United States' claim, was approved by the Commonwealth Court on March 17, 2023. The Liquidator subsequently distributed the assets of Lincoln General Insurance Company (Lincoln General). The Government has confirmed that the distribution received from Lincoln General is in accordance with the agreement between the parties as previously approved by the Commonwealth Court.

On September 19, 2023, Beverly A. Farrell, counsel for the Government, provided Frederick L. Ikenson of Blank Rome, counsel for Lincoln General, with a copy of this motion.

Mr. Ikenson confirmed that, on behalf of his client, he consents to the relief sought in this motion.

Accordingly, the parties agree that the following actions should be dismissed:

1. *United States v. Lincoln General Insurance Company*, Court No. 11-00352;
2. *United States v. Lincoln General Insurance Company*, Court No. 11-00367;
3. *United States v. Lincoln General Insurance Company*, Court No. 13-00084;
4. *United States v. Lincoln General Insurance Company*, Court No. 13-00085;
5. *United States v. Lincoln General Insurance Company*, Court No. 13-00086;
6. *United States v. Lincoln General Insurance Company*, Court No. 13-00087;
7. *United States v. Lincoln General Insurance Company*, Court No. 13-00088;
8. *United States v. Lincoln General Insurance Company*, Court No. 13-00089;
9. *United States v. Lincoln General Insurance Company*, Court No. 13-00090;
10. *United States v. Lincoln General Insurance Company*, Court No. 13-00091; and
11. *United States v. Lincoln General Insurance Company*, Court No. 13-00092.

WHEREFORE, the Government respectfully requests that our motion be granted and that the Court issue an order dismissing the actions listed above.

                                        Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General

                                        PATRICIA M. McCARTHY
                                        Director

                By:    /s/ Justin R. Miller
                                        JUSTIN R. MILLER
                                        Attorney-In-Charge

                                        /s/ Beverly A. Farrell
                                        BEVERLY A. FARRELL
                                        Senior Trial Attorney
                                        Civil Division, Dept. of Justice
                                        Commercial Litigation Branch
                                        26 Federal Plaza, Room 346
                                        New York, New York l0278
                                        Tel. No. 2l2-264-9230 or 0483
                                        Attorneys for Plaintiff

Dated:  September 19, 2023